IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND LP, ARMONDO ALONSO, FRANCISCO ALONSO, ERNEST DAVIS, JR., AND THOMAS HALL, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-177 (GMS) |
| v. | ) ) | |
| MARCUS LEMONIS, AND FREEDOMROADS LLC, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on March 22, 2005, the above-captioned matter was transferred to this court from the United States Bankruptcy Court for the Northern District of Illinois; and

WHEREAS this court automatically refers such matters to the United States Bankruptcy Court for the District of Delaware.

IT IS HEREBY ORDERED THAT:

The above-captioned matter be referred to the United States Bankruptcy Court for the District of Delaware for its consideration.

Dated: July 19, 2005                    /s/ Gregory M. Sleet
                                         UNITED STATES DISTRICT COURT